NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**LLOYD J. FLEMING,**
*Plaintiff-Appellant,*

v.

**RICHARD COWARD AND P. HEMPHILL, OFFICER #2478,**
*Defendants-Appellees,*

AND

**WALTER W. TWEEDY, POOL, OFFICER, ADRIANNE TODMAN, FRANK LANCASTER, AND LORRY BLUITT BONDS,**
*Defendants-Appellees,*

AND

**ARUN C. WILLIAMS AND PATRICK ASSOUAD,**
*Defendants-Appellees,*

AND

**GARRETT, MOTENAR ROBERSON, JOSEPH DUKES, EBENEZER OLOMO, LARRY LOUCUS, TOM WOODSON, BEEMON FLEMING, JIMMY MCGIVIE, KESHA TAYLOR, JESSICA, RECITA EVANS, STEPHEN WHEELE, KAREN BUSH, AND MEREDITH KOLBRENER,**
*Defendants.*

LLOYD FLEMING V. RICHARD COWARD                                2

_____

2013-1091
_____

Appeal from the United States District Court for the District of Columbia in No. 12-CV-0330, Judge Richard J. Leon.
_____

**ON MOTION**
_____

**O R D E R**

Lloyd J. Fleming submits a motion to supplement his brief with pictures.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel. A copy of the motion and this order shall be transmitted to the merits panel.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26